UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ALICIA ORTIZ GUERRERO,**

    Plaintiff,

v.                                                      Case No. 2:12-cv-392-FtM-99SPC

**HOMEGOODS, INC., a foreign corporation**

    Defendant.

_____/

**ORDER**

    This matter comes before the Court on Plaintiff, Alicia Ortiz Guerrero's Agreed Motion to Hold Case Management Conference Telephonically.

    Telephonic hearings for conferences are encouraged by the Court where they are feasible. Fischer v. District School Bd. Of Collier County, 2010 WL 3522215 *1 (M.D. Fla. Sept. 7, 2010). Moreover, pursuant to M.D. Fla. Local Rule 3.01(i), "the use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities." Given that the Plaintiff's counsel is located in Naples, Florida, and Defendant's counsel is located in Atlanta, Georgia, good cause is shown for granting this unopposed motion.

    Accordingly, it is now **ORDERED:**

    Plaintiff Alicia Ortiz Guerrero's Agreed Motion to Hold Case Management Conference Telephonically (Doc. #12) is **GRANTED**.

    **DONE** and **ORDERED** at Fort Myers, Florida, this, __20th__ day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE