**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

ALICIA ORTIZ GUERRERO,

      Plaintiff,

v.                                            CASE NO. 2:12-CV-392-FtM-99SPC

HOMEGOODS, INC.,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Sheri Polster Chappell, filed on August 31, 2012 (Doc. 15). In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff Alicia Ortiz Guerrero's ("Plaintiff") Motion to Remand (Doc. 11) should be granted. *See* Doc. 15. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that the amount in controversy does not meet the $75,000.00 threshold, and therefore this Court lacks jurisdiction over the claim. *See id.* Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Alicia Ortiz Guerrero's Motion to Remand (Doc. 11) is **GRANTED**.

3. This cause of action is **REMANDED** to the Circuit Court for the Twentieth Judicial Circuit, in and for Collier County, Florida.

4. The Clerk of Court is directed to mail a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit, Collier County, Florida. The Clerk of Court is further directed to close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on September 19, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD